# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Randy Young, | : | Case No. 2:11-cv-00753 |
| Plaintiff, | : | Judge Frost |
| v. | : | Magistrate Abel |
| Berwick Plaza Shopping Center, Inc., | : | |
| Defendant. | : | |

## ORDER

This Court hereby grants Defendant Berwick Plaza Shopping Center, Inc.'s Motion to Appear in Place of Trial Counsel at Settlement Week Mediation.  Co-counsel for Berwick, Jamie A. LaPlante (0082184), may appear in place of trial counsel, Michael J. Underwood (0022968), at the Settlement Week Mediation scheduled for June 13, 2012 at 3:30 p.m.

s/ Mark R. Abel
United States Magistrate Judge